AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America

v.

FREDDIE LEE CURRY,
a/k/a "Rat" a/k/a "King of da Hood"

Date of Original Judgment: 4/2/10
Date of Previous Amended Judgment: 6/16/10
*(Use Date of Last Amended Judgment if Any)*

Case No: 1:08-729-004-MBS

USM No: 14520-105

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

■ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Amendment 782 does not have the effect of lowering the defendant's guidelines range because he received the benefit of a 1:1 ratio at sentencing.

Except as otherwise provided, all provisions of the judgment dated   6/16/10   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 30, 2015            /s/ Margaret B. Seymour
                                          *Judge's signature*

Effective Date: _____           Margaret B. Seymour, Senior United States District Judge
*(if different from order date)*            *Printed name and title*